# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> MAKR ROE, <br><br> Defendant. | Case No. C11-1785-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 17 day of January, 2012.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE - 1